# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 SEP -4 A 11: 33
CLERK C Adams
SO. DIST. OF GA.

RACHEL MOORE AND JERRY MOORE

Plaintiff

v.

HEATHER T. ROPER AND THE PROCTER & GAMBLE

Defendant

Case No. 1:15-CV-00127

Appearing on behalf of

DEFENDANTS

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This **4th** day of **September**, **2015**.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER: SHUBHRA R. MASHELKAR

Business Address: WEINBERG, WHEELER, HUDGINS, GUNN & DIAL
Firm/Business Name

3344 PEACHTREE ROAD, NE, SUITE 2400
Street Address

ATLANTA   GA   30326

Street Address (con't)   City   State   Zip

Mailing Address (if other than street address)

Address Line 2   City   State   Zip

404-876-2700       475388
Telephone Number (w/ area code)   Georgia Bar Number

Email Address: smashelkar@wwhgd.com