# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 SEP -4 A 11: 33

CLERK C Adams
SO. DIST. OF GA.

RACHEL MOORE and JERRY MOORE

Plaintiff

v.

HEATHER T. ROPER AND THE PROCTER & GAMBLE

Defendant

Case No. 1:15-CV-00127

Appearing on behalf of

DEFENDANTS

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 4th day of September, 2015.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

\*\*\*\*\*

NAME OF PETITIONER: CLARE T. ZHANG

Business Address: WEINBERG, WHEELER, HUDGINS, GUNN & DIAL
Firm/Business Name

3344 PEACHTREE ROAD, NE, SUITE 2400
Street Address

| ATLANTA | GA | 30326 |
|---|---|---|
| City | State | Zip |

Street Address (con't)

Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|
| 404-876-2700 | | 502195 | |
| Telephone Number (w/ area code) | | Georgia Bar Number | |

Email Address: czhang@wwhgd.com