# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 SEP -4 A 11: 33
CLERK C Adams
SO. DIST. OF GA.

RACHEL MOORE and JERRY MOORE

Plaintiff

v.

HEATHER T. ROPER AND THE PROCTER & GAMBLE

Defendant

Case No. 1:15-CV-00127

Appearing on behalf of

DEFENDANTS

(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __4th__ day of __September__, __2015__.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | PATRICK B. MOORE |
| Business Address: | WEINBERG, WHEELER, HUDGINS, GUNN & DIAL |
| | Firm/Business Name |
| | 3344 PEACHTREE ROAD, NE, SUITE 2400 |
| | Street Address |
| | ATLANTA / GA / 30326 |
| | Street Address (con't) / City / State / Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2 / City / State / Zip |
| | 404-876-2700 / 520390 |
| | Telephone Number (w/ area code) / Georgia Bar Number |
| Email Address: | pmoore@wwhgd.com |