**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| RACHEL MOORE and<br>JERRY MOORE,<br><br>    Plaintiffs,<br><br>    v.<br><br>HEATHER T. ROPER, and THE<br>PROCTOR & GAMBLE COMPANY<br>and/or THE WELLA CORPORATION,<br>and/or THE PROCTOR & GAMBLE<br>U.S. BUSINESS SERVICE COMPANY,<br>and/or A.B.C. that Individual<br>Partnership, Profit<br>Corporation (Foreign) or<br>Company Doing Business as the<br>Same on May 1, 2012,<br><br>    Defendants. | * * * * * * * * * * * * * * * * * | CV 115-127 |

## O R D E R

This cause comes before the Court on its own initiative. Defendants removed this action from the Superior Court of Columbia County pursuant to diversity jurisdiction. As instructed by the Eleventh Circuit Court of Appeals, "[f]ederal courts are obligated to inquire into subject-matter jurisdiction sua sponte whenever it may be lacking." Cadet v. Bulger, 377 F.3d 1173, 1179 (11th Cir. 2004) (internal quotation marks omitted). Upon review of the record, the Court cannot discern whether the amount in controversy in this case exceeds the jurisdictional requirement of 28 U.S.C. § 1332.

1

Accordingly, Defendants are **ORDERED** to provide sufficient evidence by **5:00 p.m. on September 18, 2015** that the jurisdictional amount is in controversy. Defendants may rely on "judicial admissions [], non-sworn letters submitted to the court, or other summary judgment type evidence that may reveal that the amount in controversy requirement is satisfied." Pretka v. Kolter City Plaza II, Inc., 608 F.3d 744, 754 (11th Cir. 2010) (quoting 16 Moore's Federal Practice § 107.14[2][g] at 107-86.4 to 107-86.5 (3d ed. 2010)). Other appropriate forms of evidence include, but are not limited to, affidavits, declarations, depositions, interrogatories, contracts, medical records, and other documentation of damages. Id. at 754-56; Chewning v. Target Corp., No. 3:12-cv-1086, 2013 WL 3013864, at * 1 (M.D. Fla. June 14, 2013).

**ORDER ENTERED** at Augusta, Georgia this 4th day of September, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA